IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JOSEPH LEVELL FAIRCHILD**　　　　　　　　　　　　　　　　　　**PLAINTIFF**
ADC #183021

v.　　　　　　　　　　No. 4:24-cv-00465-LPR-JTK

**STATE OF ARKANSAS,** *et al.*　　　　　　　　　　　　　　　　　　**DEFENDANTS**

## ORDER

Plaintiff Joseph Fairchild initiated this *pro se* lawsuit on May 30, 2024.[1] On January 29, 2025, the Court issued an Order dismissing all of Plaintiff's claims.[2] Rather than entering a final judgment of dismissal, however, the Court gave Plaintiff an opportunity to amend his complaint, so long as the new pleading was filed within 60 days of the Court's Order.[3] The Court warned Plaintiff that failure to file an amended complaint would result in the dismissal of his case.[4]

Plaintiff has not complied with or otherwise responded to the Court's Order, and the time for doing so has expired. Accordingly, the Court will enter a final judgment of dismissal that corresponds with the Court's January 29, 2025 Order. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal of this Order or the accompanying Judgment would not be taken in good faith.

IT IS SO ORDERED this 10th day of June 2025.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　LEE P. RUDOFSKY
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

---

[1] Compl. (Doc. 2).

[2] Order (Doc. 22). Plaintiff's claims against the State of Arkansas, and his official-capacity claims against all Defendants, were dismissed upon screening. Plaintiff's remaining individual-capacity conditions-of-confinement claims against Defendants Musselwhite, Pierce, and Young were dismissed because the Court granted the Defendants' Motion to Dismiss (Doc. 15).

[3] Order (Doc. 22) at 3.

[4] *Id*.